A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
jguingcangco@grsm.com

*Attorneys for Defendants*
*NIC- LAS VEGAS PPLC and*
*NUVIA MSO LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRITTANY HUNT, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>NIC-LAS VEGAS PPLC, a Nevada limited liability professional company; NUVIA MSO LLC, a Utah limited liability company,<br><br>  Defendants. | Case No.: 2:26-cv-00444-JAD-BNW<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [ECF No. 1]** |

Pursuant to Local Rule 7-1, Plaintiff Brittany Hunt ("Plaintiff") and Defendants NIC-Las Vegas PPLC and Nuvia MSO LLC ("Defendants"), by and through their respective attorneys of record, stipulate as follows:

## STIPULATION

1. Plaintiff filed her Complaint on February 18, 2026 [ECF No. 1].

2. Defendants were served with the Summons and Complaint on February 23, 2026 [ECF Nos. 5 and 6].

3. Defendants recently retained counsel and a short extension is necessary to allow Defendants' counsel to obtain the file and investigate the allegations in the Complaint before responding.

4. Plaintiff has no objection to the extension.

/ / /

-1-

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

5. Therefore, the parties agree that Defendants' response to the Complaint is now due on or before **April 20, 2026**.

DATED: April 8, 2026

GORDON REES SCULLY MANSUKHANI, LLP

A. Jill Guingcangco
Nevada Bar No. 14717
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
jguingcangco@grsm.com

*Attorneys for Defendants*
*NIC- LAS VEGAS PPLC and*
*NUVIA MSO LLC*

DATED: April 8, 2026

GREENBERG GROSS LLP

*/s/ Michael A. Burnette*

Emma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
MBurnette@GGTrialLaw.com

*Attorneys for Plaintiff Brittany Hunt*

## ORDER

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: April 13, 2026

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-2-

**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 8, 2026, the foregoing **STIPULATION AND ORDERT TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [ECF No. 1]** was served via the Court's Electronic Filing/Service system upon all the parties on the E-Service Master List:

Emma E. Dunn
Matthew T. Hale
Michael A. Burnette
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
MBurnette@GGTrialLaw.com

*Attorneys for Plaintiff Brittany Hunt*

_____
An Employee of Gordon Rees Scully Mansukhani, LLP

## Jill Guingcangco

| | |
|---|---|
| **From:** | Michael Burnette <MBurnette@GGTrialLaw.com> |
| **Sent:** | Wednesday, April 8, 2026 12:05 PM |
| **To:** | Jill Guingcangco |
| **Cc:** | Nancy Canter; Jemma E. Dunn; Matthew T. Hale; Monique D. Mejia |
| **Subject:** | RE: Hunt, Brittany v. Nuvia MSO LLC, et al. - Request for Extension to Respond to Complaint |

Hi Jill,

Thank you for preparing.

You can affix my e-signature.

Best,

**Michael Burnette**
**Associate | Greenberg Gross LLP**

1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0835 | Main 702.777.0888
MBurnette@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** Jill Guingcangco <jguingcangco@grsm.com>
**Sent:** Wednesday, April 8, 2026 11:56 AM
**To:** Michael Burnette <MBurnette@GGTrialLaw.com>
**Cc:** Nancy Canter <nkcanter@grsm.com>; Jemma E. Dunn <JDunn@GGTrialLaw.com>; Matthew T. Hale <MHale@GGTrialLaw.com>; Monique D. Mejia <MMejia@GGTrialLaw.com>
**Subject:** [EXT] RE: Hunt, Brittany v. Nuvia MSO LLC, et al. - Request for Extension to Respond to Complaint

Hi Michael,

Thank you for your patience with the stipulation, which is attached. Please let me know if you have any proposed edits or if you're okay with our office affixing your e-signature to the document and submitting it to the Court for its review.

Thank you,
Jill

---

**A. JILL GUINGCANGCO**
Senior Counsel

*Licensed in NV and WA

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 279.225.2086
**E:** jguingcangco@grsm.com  |  grsm.com
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard  |  Bio

---

**From:** Jill Guingcangco
**Sent:** Monday, April 6, 2026 12:08 PM
**To:** 'Michael Burnette' <MBurnette@GGTrialLaw.com>
**Cc:** Nancy Canter <nkcanter@grsm.com>; Jemma E. Dunn <JDunn@GGTrialLaw.com>; Matthew T. Hale <MHale@GGTrialLaw.com>; Monique D. Mejia <MMejia@GGTrialLaw.com>
**Subject:** RE: Hunt, Brittany v. Nuvia MSO LLC, et al. - Request for Extension to Respond to Complaint

Hi Michael,

Thank you for your email and for granting the extension. Yes, we'll prepare the stipulation and I'll get that over to your office shortly.

Kind regards,
Jill

---

**A. JILL GUINGCANGCO**
Senior Counsel

*Licensed in NV and WA

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 279.225.2086
**E:** jguingcangco@grsm.com  |  grsm.com
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard  |  Bio

---

**From:** Michael Burnette <MBurnette@GGTrialLaw.com>
**Sent:** Monday, April 6, 2026 9:09 AM
**To:** Jill Guingcangco <jguingcangco@grsm.com>
**Cc:** Nancy Canter <nkcanter@grsm.com>; Jemma E. Dunn <JDunn@GGTrialLaw.com>; Matthew T. Hale <MHale@GGTrialLaw.com>; Monique D. Mejia <MMejia@GGTrialLaw.com>
**Subject:** RE: Hunt, Brittany v. Nuvia MSO LLC, et al. - Request for Extension to Respond to Complaint

Hi Jill,

Nice to meet you and Ms. Carter. Your request for an extension is granted. Would you and your office mind preparing a stipulation to that effect we can get on file with the Court?

Thank you,

**Michael Burnette**
**Associate | Greenberg Gross LLP**

1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0835 | Main 702.777.0888
MBurnette@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

---

**From:** Jill Guingcangco <jguingcangco@grsm.com>
**Sent:** Monday, April 6, 2026 8:00 AM
**To:** Jemma E. Dunn <JDunn@GGTrialLaw.com>; Matthew T. Hale <MHale@GGTrialLaw.com>; Michael Burnette <MBurnette@GGTrialLaw.com>
**Cc:** Nancy Canter <nkcanter@grsm.com>
**Subject:** [EXT] Hunt, Brittany v. Nuvia MSO LLC, et al. - Request for Extension to Respond to Complaint

Good morning, Counsel – I hope this email finds you all well.

I'm Jill Guingcangco, and together with lead counsel Nancy Canter, we'll be representing Nuvio MSO LLC in the above-referenced matter. As we have only recently been retained, I'm reaching out to request an extension until **April 20, 2026**, to file a responsive pleading to the Complaint. Please let us know if you are willing to accommodate this request or if you have any questions.

We look forward to working with you on this matter and appreciate your consideration.

Thank you,
Jill

---

**A. JILL GUINGCANGCO**
Senior Counsel

*Licensed in NV and WA

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 279.225.2086
**E:** jguingcangco@grsm.com  |  grsm.com
300 South Fourth Street, Suite 1550, Las Vegas, NV 89101
vCard  |  Bio

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**

3

**YOUR 50 STATE LAW FIRM™**

www.grsm.com

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**

www.grsm.com

This email may contain privileged and/or confidential information. If you are not an intended recipient of this email, please delete it, notify us immediately at postmaster@ggtriallaw.com, and do not use or disseminate such information.