A. JILL GUINGCANGCO, ESQ.
Nevada Bar No. 14717
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
jguingcangco@grsm.com

*Attorneys for Defendants*
*NIC- LAS VEGAS PPLC*
*and NUVIA MSO LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY HUNT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NIC-LAS VEGAS PPLC, a Nevada limited liability professional company; NUVIA MSO LLC, a Utah limited liability company,<br><br>Defendants. | Case No.: 2:26-cv-00444-JAD-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 19] |

WHEREAS, on February 18, 2026, Plaintiff Brittany Hunt initiated a lawsuit against Defendants NIC- LAS VEGAS PPLC and NUVIA MSO LLC (collectively, "Defendants") in the United States District Court, District of Nevada with the filing of a Complaint, Case No. 2:26-cv-00444-JAD-BNW (the "Lawsuit").

WHEREAS Plaintiff and Defendants have entered into a Confidential Settlement Agreement and General Release (the "Settlement Agreement"), resolving all issues and controversies arising out of or related to the Lawsuit.

THEREFORE, IT IS STIPULATED AND AGREED, between the parties, through respective counsel of record herein, that:

1. The above-entitled action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);



GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

2. Each party shall bear their own attorneys' fees and costs;

3. The parties further stipulate and request that the Court retain jurisdiction over matters contained in the Settlement Agreement for the purpose of enforcing, or adjudicating disputes arising from, the Settlement Agreement; and

4. All signatories listed, and on whose behalf the filing is submitted, concur in the filing content and have authorized the filing.

**IT IS SO STIPULATED.**

DATED: July 22, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ A. Jill Guingcangco*

A. Jill Guingcangco
Nevada Bar No. 14717
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
jguingcangco@grsm.com

*Attorneys for Defendants NIC- LAS VEGAS PPLC and NUVIA MSO LLC*

DATED: July 22, 2026

**GREENBERG GROSS LLP**

*/s/ Michael A. Burnette*

Emma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Michael A. Burnette
Nevada Bar No. 16210
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
MBurnette@GGTrialLaw.com

*Attorneys for Plaintiff Brittany Hunt*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**ORDER**

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees. The Court retains jurisdiction over matters contained in the parties' settlement agreement for the purpose of enforcing, or adjudicating disputes arising from, the parties' settlement agreement. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
July 22, 2026

GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101